PER CURIAM.
 

 This is an appeal of an order denying, in part, a motion to correct illegal sentence under Florida Rule of Criminal Procedure 3.800(a). On point one, we affirm as to the consecutive sentences as a habitual violent felony offender (HVFO) on counts fifteen and sixteen on authority of
 
 Spratling v. State,
 
 672 So.2d 54 (Fla. 1st DCA 1996).
 

 In point three, the defendant relies on
 
 Rutherford v. State,
 
 820 So.2d 407 (Fla. 2d DCA 2002). As to that case, we have previously explained that the Second District apparently has an internal conflict of decisions. There is no sequential conviction requirement for an adjudication as an HVFO.
 
 Williams v. State,
 
 898 So.2d 966 (Fla. 3d DCA 2005). We affirm on point three under authority of
 
 Williams.
 
 We affirm as to the remaining claims without comment.
 

 Affirmed.